May it please the court, my name is Scott Ikeda. I'm an assistant attorney general and I represent the appellant in this matter, the Minnesota Department of Human Services. This is a straightforward case with a narrow question of contract interpretation. The question presented is whether the district court may keep jurisdiction of a class-action settlement involving a state agency for as long as it thinks it just and equitable. The plain language of the party's agreement is unambiguous. The district court had jurisdiction for two years and could extend its jurisdiction for an additional year upon motion by the plaintiffs with a showing of substantial non-compliance with a particular exhibit to the settlement agreement. First of all, your honor, where the district court erred is that the settlement agreement is plainly unambiguous. There's absolutely nothing ambiguous about the jurisdiction language in the settlement agreement. It very clearly said that the district court retained, this is a federal court with a state agency as a defendant, retained jurisdiction for two years for three purposes and it specified in the very next sentence following the expression of three purposes in two years, it specified the very specific condition that must be met for the district court to retain or to keep jurisdiction for a third additional year. The way that the district court interpreted the agreement essentially gives itself potentially indefinite jurisdiction limited solely by what it believes is just and equitable and the district court's interpretation is a strained one given that it ignored the provision of a third year of as the defendant pointed out below and in its briefs here. There's no reason the parties would have chosen to limit the district court's jurisdiction to a third year if in fact the district court could keep jurisdiction for as long as it wanted. With respect to the issue of what the district court actually did in finding ambiguity, it certainly erred in finding ambiguity given its unambiguous construction. The language of the district court sort of looked at it as a matter of grammar as well and it's it's not necessarily unambiguously artful, right? You've got some commas and some grammatical twists that don't necessarily support your view maybe any more than your opponent's view. Your Honor, the department respectfully disagreed that would disagree with that and it and I can I think it's certainly clear that what the district court said was it said if you read the entire sentence the final clause the or as the court deems just and equitable doesn't seem to match with the beginning part of that sentence and I would support the idea that that is a separate or that there's the first two that are attached they both have the same grammatical connection and then a freestanding or as the court deems. Your Honor, I would agree that my argument in my case would be harder if that sentence was the only sentence in the jurisdiction paragraph of the settlement agreement but the court but it isn't and the immediately the sentence that immediately followed that clause was was this one circumstance where the district court could extend its jurisdiction for an additional year. So I would certainly concede that it's a harder argument. I don't agree that that the settlement agreement even with that one sentence would be ambiguous but it's certainly not ambiguous given the sentence that follows and because of the sentence that or I'm sorry in terms of looking at you know when a court interprets a contract or in a settlement agreement it looks to the the words and it looks to the context of of the agreement as a whole trying to effectuate the intent of the parties and so the the fact that there's the second sentence in that that jurisdiction clause that narrows the court's ability to keep jurisdiction for a third year indicates what the party's intent was with respect to the first sentence and frankly gives the first sentence a more natural I'm sorry the more natural reading in light of the second sentence is as the defendant appellant here advanced. In fact you know if even if the court looked at the issue of ambiguity in the way that that the district court did is I think the courts look to what the party's intent was it so your honor the if you look at the very first interpretation of the of the agreement and this was in 2012 by the district court it very clearly interpreted the agreement in the way that that the Department of Human Services is advanced is advancing on appeal so I think if the courts looking for evidence of what the parties actually intended certainly the district court's original interpretation and it noted in a footnote that that it could be read that that its order could be read that way but that it subsequently made clear that it didn't actually view that the language in the settlement agreement that way but if the court wanted to look at as close to the settlement agreement as possible what did the parties actually believe the department would direct the court to the district court's July 2012 order the first I believe the first order to speak to this question of the jurisdiction provision where it said that the district court retained jurisdiction to including for the purpose of purposes it deemed just and equitable what about the party's conduct what what do you offer up in terms of the party's actions that would give us an indication of their intent well first of all I'm not this assumes that the court even reaches that question let's just say for purposes of this question that it's an ambiguous provision what have we got from your standpoint well what the court respectfully your honor what the court should really look at is you know do this would the should the court interpret the contract in a way that would allow a federal court to have essentially indefinite and unlimited not unlimited but indefinite jurisdiction over a state agency for any reason it believed was just inequitable in the defendants position is that that would be contrary to law which cited in its brief the horn case the Elizabeth M case I mean the thing to remember about the settlement agreement is that it was about a single DHS facility it was about actions done by the department allegedly it was a settlement but actions alleged by the plaintiffs at a single DHS facility well what about the flip side of that so the the one absurdity you've presented is the idea that the court would have perpetual jurisdiction if it found just and fair reasons well what about the flip side of if jurisdiction just stops and and the settlement agreement has not been complied with what then where are the parties what your honor the is this courts pointed out in Elizabeth M there's a special delicacy when it when a federal court has a state agency in front of it given federalism concerns but the plaintiff or a resident of a facility just like anybody else any Minnesotan can sue that its government under section 1983 if they believe that there are some some if there's a violation of federal law and what I think is it to sort of address I think the practical concern that that you may be getting at Judge Kelly is the plaintiffs have not brought a motion in years regarding alleged non-compliance and in fact you know as recently as as a March 2017 the district court itself observed that you know said that they really think the court really thinks there's a lot of good things going on that are improving the lives of people and so I don't think it comes much as a surprise to either the district court or to the defendant in this case that nothing that there's been no concern by motion raised by the plaintiffs what they're what I think the court might be getting at is you know they're the lot of time or in their respondents brief talking about issues that are you know five six years old and if you look at the record in the last few years including looking at the district court statement in March 2017 the district court pointed out that it's things are headed in the right direction and thanks to the work of a lot of people and so I think if if that's what the courts getting at there's there doesn't seem to be that concern on this record number one and number two a litigant can always take action against the state government via 1983 if it believes that's appropriate your honor if you're referring to the the declaration of the plaintiffs counsel in the case yeah there was and as the state pointed out in its reply brief the the primary attorney on the case who who I believe was negotiating with plaintiffs counsel passed away several years ago but I think what's interesting about the the plaintiffs declaration in this regard is what the point is what the plaintiffs counsel does not say he doesn't say that he actually communicated that intent to anyone on the Department of Human Services side all he says is this is what I believed and that's insufficient under matters of under principles of contract law for parole evidence or to otherwise establish the mutual intent of the parties I've reserved some time for rebuttal take some of it and extend it later okay the court's order was the court the order we're talking about is June 28 2017 is not just in other words under that order what are we to take in terms of how does the court the district court anticipate a final end of this litigation you know that in other words is going on and on and on it goes by the plaintiffs interpretation in the district courts order it goes on and on and on as long as the district court believes it is just just inequitable to continue going on and on and on and there what what happened was the district court that it did not have jurisdiction and it was after I think a couple of status conferences because the court holds I believe two or four status conferences a year in the case and you know finally said I'd like you to brief the issue of jurisdiction so it really isn't clear how the case ends the district court does you know the to be fair to the district court it does it does say in several orders going back I believe years saying the time it's come for this for the court to end its jurisdiction and so presumably the court would at some point and its jurisdiction and you've never you're the department's never taken the position until now this this very view that it's over and it's done correct it's sort of conceded in some of the orders that the court has entered so the the answer to my to that question I think is twofold your honor the first is as a legal matter it it doesn't respectfully it doesn't matter because the parties can't agree to waive the district court's jurisdiction or consent to it the second is you know for four years the Department of Human Services tried to work cooperatively with the plaintiffs to address issues you've you've seen that in the record where there have been just for lack of a better term marathon conferences with the magistrate judge many conferences with the district court the court monitor to try to resolve some of the issues that concern the district court and you know the district at some point the the Department Human Services you know return to for lack of a better term litigation mode and and raise the issue with the district court thank you I'll reserve my time for a bottle of give you a couple of extra minutes because it does involve a matter of great public interest in the state it's not private litigation thank you for your argument and we'll hear from the other side mr. Romero thank you your honor good morning you may proceed good morning your honors may it please the court and counsel during the three years of undisputed post-settlement jurisdiction that's December 5 2011 through December 5 2014 the court the district court comprehensively discussed and worked with the parties on the settlements implementation and issues of non compliance including ordering the Department of Human Services to comply with a settlement providing specific directions to follow toward compliance which we believe DHS ignored as you can see in the record which then forced the court to again and again address ongoing non-compliance and reiterate its prior orders to comply that's our brief at 7 that's note 1 at 7 citing several several examples of the courts the court the district court note in ongoing non-compliance so what do we have we have hundreds of examples of DHS non-compliance and implementation concerns with the settlement prior to December 5 2013 that's two years after the settlements approval as identified by the court an independent court monitor consultants and counsel many of which were admitted or uncontested by DHS as well as hundreds of examples prior to December 4 2014 three years after the settlements approval which is the time period where DHS does not dispute the court's jurisdiction it's take a look at our brief in section b1 week we kind of cover this so during this three-year time period of undisputed jurisdiction what's going on the parties are interacting with the court the independent court monitor the court consultants who are the executive director of the governor's council for disabilities and the Minnesota Ombudsman for developmental disabilities on issues concerning the settlement including many issues of non-compliance we're communicating through emails through letters through requests through phone conferences meetings chambers conferences status conferences and other dialogue and action including the court's suggestions cajoling questions recommendations and ultimately its orders directing DHS to comply with a settlement agreement so why do I go through this because during the period of undisputed retained jurisdiction the court is enforcing its orders including the final order approving the class action settlement agreement and the eighth circuit and and other circuits are clear that during a period of retained jurisdiction the court can enforce its orders so what did it do the court took measured steps it didn't just simply say I have jurisdiction forever it took measured steps including agreeing with the lawyers on behalf of the parties who came to the court and said we will agree to a year of extended jurisdiction so DHS unlike their present position agreed to extend jurisdiction contractually during the period of retained jurisdiction another year three so we have a well-documented what we have well-documented conduct on the part of the Department of Human Services and failing to comply with the class action settlement forming the predicate for the district courts measured actions including its orders to comply with the settlement agreement during the time of independent court monitor dr. David Furliger to deal with a myriad of issues dr. Furliger was originally suggested by the Department of Human Services as a consultant to be appointed for purposes of interacting with the Olmstead committee which is a large committee that was formed in order to implement to develop and implement the Olmstead plan pursuant to the Olmstead decision which affects not just the 300 residents of the Minnesota extended treatment options program but also tens of thousands of Minnesotans who have been looking forward to that plan for a long long time so with few exceptions and I think this is important with few exceptions the findings and recommendations of the independent court monitor have generally been received by the parties without question without objection our office on behalf of the settlement class was was directed and was involved in comprehensive meetings with the independent court monitor which is an arm of the federal court and we on October 5th 2012 this is a Pelley appendix 151 document 250-2 wrote to the class believes DHS is in substantial non-compliance with the settlement agreement we teed this issue up we were sick and tired of the non-compliance and we brought this to the attention of the court monitor we also we also notified the Attorney General's office of our intention to bring a motion to enforce the court also ordered DHS to develop implementation plans because the court was was sick and tired of the non-compliance and the delay and and not comply with this with his prior orders with in the in light of what you're describing is non-compliance or at least perceived non-compliance could this go on how long could the court's jurisdiction remain over this particular settlement agreement under your version until compliance succinctly until compliance your honor but the court provided a road map including ordering a comprehensive plan of action which was originally filed with the court in a report by the court monitor on November 27 2013 within the two years of undisputed jurisdiction and that contains evaluation criteria criteria I think a hundred and four different criteria many of which the court monitor in recent correspondence and recent reports that has said they've been met but five of them haven't been and I think 40 some have been deemed to be inclusive so there's more work to be done I believe that we are closer to the end than the beginning I don't want to stand here and tell this court that that nothing positive has happened we have come a long way and done many good things together but but the compliance issue and and the failure failure to do what the court asks and follow that road map to conclusion is at the heart of the issue that's why we spent a lot of time on the on what has happened in in terms of conduct over the years because it forms a predicate for the court's enforcement orders and it forms the basis for the court's decision that the jurisdictional provision at issue is ambiguous and look to the conduct of the parties after the settlement agreement and many of these things that DHS was doing in recognition of his jurisdiction including stating the court jurisdiction including asking the court to do things for it and that became a very important aspect of what the court then did in terms of finding the provision to be ambiguous and I do not believe under the clearly erroneous standard that the court has abused its discretion they looked at my declaration I am the single lawyer left from the original three lawyers that negotiated this agreement there were two from the Attorney General's office one whom is deceased the other one is retired and me and I put in the record my declaration in which I stated what I believed was was the intent of the parties that we wanted this just and equitable provision in the jurisdictional section because of the multiple state agencies involved because of the administrative rulemaking that had to be done on this statewide relief that was negotiated between the parties and my belief then and my belief now is that that the statewide action and the numerous state agencies and all the other people involved have to work together to finish the job and that's why it's so important in this in this public interest institutional reform situation to handle it appropriately and let the district court and the court monitor and the consultants and the parties finish what they started so my motion for sanctions was was filed on October 7 2013 during the period during the two years of so when the when the Department of Human Services says below at the district court level that we never filed a motion that's simply not true we filed a motion for sanctions there was a transcript on the motions for sanctions there's a memorandum of law in support of our motions for sanctions our motion is docket 233 it's referenced in our brief at 12 the memorandum is docket 232 its my declaration in support of the motion to dismiss the appeal and we said this is the brief at 13 the state defendants willfully and intentionally acted in substantial non-compliance with the settlement agreement and the court looked at that and looked at its own view of things in the court granted our motion but what did the court do the court ruled from the bench on November 25 2013 within that two years of undisputed jurisdiction and then issued an order on December December 17 2013 during the three years of undisputed jurisdiction because the parties and the court agreed the jurisdiction could be extended by a year and the court said I want to wait for these implement implementation plans that we asked the Department of Human Services to provide and we want to wait for the independent court monitors report so that the by the people that it put in place to help it make cogent decisions about this and that's what has been the roadmap the implementation plans which then turned into a comprehensive plan of action with evaluation criteria all of which was not just what was not objected to by the Department of Human Services maybe I'm asking the wrong party here but what is the the strongest evidence or evidence to suggest that this was that your position is is not the position or the intent of the parties in other words was there any conduct or action or positions taken by either party that would have suggested to the district court that the department's interpretation was the accurate one I don't believe the record supports the Department of Human Services view in that regard your honor it seemed to me that the district court didn't find much but I wondered if there was anything anything that either party and I can ask the department's attorney as well but well I think that's in respect to your honor I think that's something they need to address they did not submit any extrinsic evidence they didn't they didn't respond with anything you know to my declaration the parole evidence the judge Arnold referenced earlier I understand that one of the lawyers is deceased but there's a retired lawyer that was involved comprehensively and they submitted red lined suggestions to my suggestions and we negotiated that that deal so to suggest that this is a one-sided negotiated thing is is wrong I represented the settlement class they had their lawyers representing a state agency in the state of Minnesota and we negotiated this deal and the just inequitable clause is and it is is an independent clause it has a comma before it and the disjunctive or and I don't want to get into the Chicago manual of style I really can't believe that we're standing here eight years after after this started and trying to parse the placement of commas but but that's what that's what this is about apparently but if I can leave with one point it's it's these are people who are vulnerable who have been waiting for a long time for their justice and it is important to remember that they are not just a comma or disjunctive they are people with developmental disabilities that have families and are looking for justice so my last point is our motion to dismiss the appeal which was denied and then reconsidered and denied again and I believe the merits panel is able to take a look at this in a de novo fashion and my point is that the motion to dismiss the main case is not properly before this court because the order from which DHS appealed is not a final order it doesn't end the case in fact it keeps the court in the game to do what I have suggested. Lay out that road map have Department of Human Services finish their job in partnership with everybody else on board. It's not an injunction they don't qualify under the collateral order doctrine and it is important to recognize that the final order was the final order approving the class action settlement agreement and on December 5th 2011 not the August 2017 order denying the objection to jurisdiction and the Bogart case from the Seventh Circuit which is an institutional reform case is directly on point and I encourage the court to take a look at our briefing on that issue in the case Thank you. Thank you for your argument. Your honors with respect to what I think the plaintiff spent a lot of time talking about during their part of the argument is this issue of of alleged non-compliance and and I think what the record will show the court is that for years the department has been filing these reports on settlement agreement compliance issues on Olmstead issues and the plaintiffs have for years not raised an issue and so it it is certainly interesting I think that the plaintiffs continue to go back to to issues that are from five or six years ago but you know the the I think perhaps the most one of the most interesting things I think counsel said during the argument is that that the district courts jurisdiction stays until compliant until there's compliance I think that was your question Judge Kelly at the beginning to to Mr. O'Meara but that's actually not what the settlement agreement says the settlement agreement talks of it addresses this issue and requires the plaintiffs to bring a of substantial non-compliance and so what the district court and what the plaintiffs are doing by by creating the standard of needing to reach compliance is to not have any kind of fidelity to the actual compliance language in the the settlement agreement itself and it's certainly that's that's a what the standard that that the plaintiffs have have articulated in response to the court's question should is concerning and it's concerning because of what the Supreme Court said in the Horne case and it's concerning because of what this court has said in the Elizabeth M case you know this the district court in the plaintiffs alluded to this looked at issues like state rulemaking the district court purported to approve the state's Olmstead plan which was the an executive order of the governor of the state of Minnesota creating a subcabinet of Commissioner level appointments in the state of Minnesota and so if if the standard is compliance and and and that's what the plaintiffs believe it should be that's inconsistent with the actual terms of the settlement agreement and it's inconsistent with federalism and and the the case law both from the Supreme Court and this court when should the state have been relieved of any further duties in this case at what point during this whole number of years the district court could have at most kept the case through December I think it's December 5th of 2014 and then whatever the record showed the record showed and they are these people still going to be would they have still been vulnerable as counsel points out what your honor the whole there's a new plaintiff bring another action to start it all over again there there could be that if there if there's a belief that there's a violation of law there there certainly is another cause of action there you know the then of course what about the state's the department's I guess acquiescence and responding to the the monitors reports and recommendations and shortcomings how can you now say that we should never have had to do any of it I see my time's expired may I respond yes your honor the I think the answer to that question has two points the first again is that as a legal matter it just and as the district court pointed out in a footnote in its order it didn't look at the past issues of non-compliance because it just doesn't matter to issues of whether it retained whether it had subject matter jurisdiction but with respect to why the the the department frankly allowed the case to go on for the time period that it did I think it was about two years past December 5th 2014 before it first little over two years before it first raised the issue was it had been working cooperatively with the plaintiffs it had been working cooperatively with with the court with the magistrate judge the the magistrate judge held settlement conference well I guess they weren't really settlement conferences conferences over days and days and days to discuss issues of compliance issues I think even drafting putting a draft together of the state's Olmstead plan and so there was this sort of sense of cooperation and the case went on too long and the department as I said earlier went to litigation mode and asserted it's right as as it could because the law says that it can't waive and the parties can't waive issues of jurisdiction well I guess they are the department's entitled to assert its legal arguments but in doing so are they in effect adopting an attitude of intransigence we're going to not do anything beyond this date no other lawsuit if you want to but we've done all we're going to do the game's over no and your honor I certainly are you suggesting on the other hand that the district court has constantly moved the goalposts out into the future that you didn't know anything about when this whole thing started sure the district court did did move the goalposts in the sense that it that as we sit here today there's and as plaintiffs counsel in answer to your question was that compliant that that full compliance needed to be the standard and that just it that that is not what the settlement agreement says but as a judge it's easy on me he's for our judge for judges to say for me to say why haven't you done all of these things the real world answer I guess is it's not as easy as it looks I'm trying to I'm not trying to analogize this with the Little Rock school case that I was on for seven years or anything like that but at what point I guess I'm just talking off the top of my head but at what point have you as the department is the apartment watch entitled be out from under is that what you want from under this compliance order correct and I think if you if if you listen to what mr. O'Meara said here you know there I think he identified a few areas where the court monitor said there was non-compliance the last time they did the report which was I think a couple years ago now but you also have the district court on record talking about what great progress the department has made and and and I think if I may your honor address the I think the concern that you have about you know what is the department just going to walk away from this and you know the department's been in court many times on the record in talks about it but back to the district as you read the order if you had to predict how long this is going to take before you your client is fully complied with the court's order do you have any guess what's what I don't your honor and that's the estimate I should say I don't your honor yes well the record says what it says we'll have to study it and well briefly how do you reply to the Seventh you cited some other cases of maybe from our court or couple of other courts but your honor the Seventh Circuit I think you're getting at the question the jurisdiction question of right so so the Seventh Circuit case that the plaintiff site deals specifically with the issue of whether what the district court did here was a final order and the a circuit and other circuits have said that they correct I think they call it practical finality or something like that but but yes that there really isn't any more final order that's going to come from the district court that would allow us allow the department to get relief at this court we thank both sides and we will